Robert F. Tyson, Jr. Esq. (Bar No. 147177)
Kristi Blackwell, Esq. (Bar No. 253967)
Terra M. Davenport, Esq. (Bar No. 292677)
TYSON & MENDES, LLP
5661 La Jolla Boulevard
La Jolla, CA 92037
Telephone: (858) 459-4400

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC (erroneously sued herein as
"LOWE'S HOME IMPROVEMENT CENTERS, LLC")


Marita Nogueiras, Esq. (Bar No. 213616)
Law Offices of Marita Nogueiras
108002 Downey Avenue, Suite B
Downey, CA 90241

Attorney for Plaintiff
USHA NATH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USHA NATH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOWE'S HOME IMPROVEMENT CENTERS, LLC, and DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 17-cv-4134-AFM<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Alexander F. MacKinnon<br>Courtroom:　　840 |

Plaintiff Usha Nash and Defendant Lowe's Home Centers, LLC (erroneously sued as "Lowe's Home Improvement Centers, LLC), through their undersigned counsel, hereby stipulate and agree as follows:

1

| | |
|---|---|
| 1 | The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 26, 2018  /s/ Marita Nogueiras
Attorney for Plaintiff Usha Nath


DATED: January 26, 2018  /s/ Terra Davenport
Attorney for Defendant
Lowe's Home Centers, LLC

# **ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: 2/20/2018  _____

ALEXANDER F. MacKINNON

United States Magistrate Judge